# Attachment

Violation of Section 10(b) of the Exchange Act and Rule 10b-5

Control Person Liability Under Section 20(a) of the Exchange Act

Misappropriation of Trade Secrets Under the Defend Trade Secrets Act, 18 U.S.C. § 1836

Breach of Contract: the Stonefly AIAA

Breach of Contract: the Mayfly AIAA

Breach of Contract: the Subscription Agreement and Operating Documents

Breach of the Implied Covenant of Good Faith and Fair Dealing

Breach of Fiduciary Duty

Fraud

Fraudulent Concealment

Conversion

Money Had and Received

Accounting

Unjust Enrichment

Tortious Interference with Prospective Business Relations

Aiding and Abetting Breach of Fiduciary Duty and Fraud

Civil Conspiracy in Connection with the Foregoing Torts

Violation of Section 4o of the Commodity Exchange Act, U.S.C. § 6o, with a Private Right of Action Under Section 22, 7 U.S.C. § 25

Promissory Estoppel and, in the Alternative, Implied Agreement: the Credit-Interest Commitment

Economic Duress: Voidability of Extracted Terms and Declaratory Relief, Pleaded in the Alternative

Contractual Indemnification and Declaratory Judgment Under Section 11(a) of the Advisory Agreements, Pleaded in the Alternative and Contingent Upon Final Judicial Determination

Violation of 18 U.S.C. § 1962©, Civil RICO

Conspiracy to Violate 18 U.S.C. § 1962©, in Violation of 18 U.S.C. § 1962(d)

Misappropriation of Trade Secrets and Unfair Competition Under New York Common Law

Negligent Misrepresentation, Pleaded in the Alternative to Fraud and Fraudulent Concealment

Declaratory Judgment: Recharacterization and Voidness of Extracted Financing Terms Under New York Usury Law, Pleaded in the Alternative

Recission and Restitution Under Section 215(b) of the Investment Advisers Act, 15 U.S.C. § 80b-15(b), Pleaded in the Alternative

Fraudulent Accounting and Failure to Account

Promissory Estoppel: the Committed-Capital Promise

Violation of the Connecticut Uniform Securities Act, Conn. Gen. Stat. § 36b-29